UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
STEVENS, MICHAEL P                              §    Case No. 11-43927
STEVENS, BONNIE H                               §
                                                §
                                                §
_____Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Robert B. Katz, Trustee_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 11-43927 | ERW | Judge: EUGENE R. WEDOFF | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | STEVENS, MICHAEL P | | | | Date Filed (f) or Converted (c): | 10/28/11 (f) |
| | STEVENS, BONNIE H | | | | 341(a) Meeting Date: | 12/01/11 |
| For Period Ending: | 06/11/14 | | | | Claims Bar Date: | 03/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. First Midwest checking & savings | 50.00 | 0.00 | | 0.00 | FA |
| 2. Household goods | 750.00 | 0.00 | | 0.00 | FA |
| 3. clothes | 100.00 | 0.00 | | 0.00 | FA |
| 4. wife's work pistol | 400.00 | 0.00 | | 0.00 | FA |
| 5. Term Life insurance-no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 6. Stock in Disney Corp- 2 shares | 500.00 | 0.00 | | 0.00 | FA |
| 7. Child support arrears | Unknown | 0.00 | | 0.00 | FA |
| 8. Workers Compensation Claim and benefits-Husband (a | Unknown | 0.00 | | 0.00 | FA |
| 9. Workers compensation claim - Wife (attorney Andrew | Unknown | 0.00 | | 0.00 | FA |
| 10. Husband-3rd party injury claim v. Jewel food store | Unknown | 150,000.00 | | 150,000.00 | FA |
| 11. 1998 Buick LeSabre (60,000 miles, fair condition) | 2,725.00 | 0.00 | | 0.00 | FA |
| 12. 2003 Kia Sorento (90,000 miles, fair condition) | 3,375.00 | 0.00 | | 0.00 | FA |
| 13. pet | 50.00 | 0.00 | | 0.00 | FA |

|   |   |   |   |   |
|---|---|---|---|---|
| | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $7,950.00 | $150,000.00 | $150,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Personal injury litigaion was settled fot $150,000. Trustee received settlement funds on 2/28/14 and disbursed per court order to special counsel, debtor's exemption and the secured creditor.

Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-43927 -ERW | |
| Case Name: | STEVENS, MICHAEL P | |
| | STEVENS, BONNIE H | |
| Taxpayer ID No: | *******8589 | |
| For Period Ending: | 06/11/14 | |

| | | |
|---|---|---|
| Trustee Name: | Robert B. Katz, Trustee | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******7050  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/28/14 | 10 | Westfield Insurance | Deposit | 1142-000 | 37,500.00 | | 37,500.00 |
| 02/28/14 | 10 | State Auto Insurance Companies | Deposit | 1142-000 | 75,000.00 | | 112,500.00 |
| 02/28/14 | 10 | State Auto Insurance Companies | deposit | 1142-000 | 37,500.00 | | 150,000.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 149,990.00 |
| 03/14/14 | 010001 | Kevin O'Reilly<br>70 West Madison Street<br>Suite 2100<br>Chicago, IL 60602 | SPECIAL COUNSEL FEES | 3991-000 | | 50,000.00 | 99,990.00 |
| 03/14/14 | 010002 | Kevin O'Reilly | special counsel expenses | 3992-000 | | 6,786.71 | 93,203.29 |
| 03/14/14 | 010003 | Michael P. Stevens<br>9224 S Springfield Ave<br>Evergreen Park, IL 60805 | EXEMPTION TO DEBTOR | 8100-002 | | 15,000.00 | 78,203.29 |
| * 03/17/14 | 010004 | Lakewood Carpentry<br>2111 Warwick Ln<br>Glenview, IL 60026 | WORKER'S COMP LIEN | 4220-003 | | 50,000.00 | 28,203.29 |
| * 03/21/14 | 010004 | Lakewood Carpentry<br>2111 Warwick Ln<br>Glenview, IL 60026 | WORKER'S COMP LIEN<br>VOID - REPLACED | 4220-003 | | -50,000.00 | 78,203.29 |
| 03/21/14 | 010005 | Lakewood Carpentry and PMA Companies<br>1540 Hannah Ave.<br>Forest Park, IL 60130 | WORKER'S COMP LIEN | 4220-000 | | 50,000.00 | 28,203.29 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 172.68 | 28,030.61 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.37 | 27,990.24 |

Page Subtotals    150,000.00    122,009.76

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-43927 -ERW | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | STEVENS, MICHAEL P | Bank Name: | ASSOCIATED BANK |
| | STEVENS, BONNIE H | Account Number / CD #: | *******7050 Checking Account |
| Taxpayer ID No: | *******8589 | | |
| For Period Ending: | 06/11/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  | |
|---|---|---|---|---|
| | COLUMN TOTALS | 150,000.00 | 122,009.76 | 27,990.24 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 150,000.00 | 122,009.76 | |
| | Less: Payments to Debtors | | 15,000.00 | |
| | Net | 150,000.00 | 107,009.76 | |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | Checking Account - *******7050 | 150,000.00 | 107,009.76 | 27,990.24 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 150,000.00 | 107,009.76 | 27,990.24 |
| | | ============ | ============ | ============ |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ Robert B. Katz, Trustee  Date: 06/11/14
ROBERT B. KATZ, TRUSTEE

Page Subtotals   0.00   0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 11, 2014 |
|---|---|---|---|---|---|---|

Case Number: 11-43927  
Debtor Name: STEVENS, MICHAEL P

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 025<br>TAF | David R. Brown, Esq.<br>Springer Brown, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road, Suite 330<br>Wheaton, IL 60187 | Administrative | | $2,536.50 | $0.00 | $2,536.50 |
| 000001<br>070<br>UC | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $2,225.96 | $0.00 | $2,225.96 |
| 000002<br>070<br>UC | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,560.31 | $0.00 | $1,560.31 |
| 000003<br>070<br>UC | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $811.79 | $0.00 | $811.79 |
| 000004<br>070<br>UC | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $787.41 | $0.00 | $787.41 |
| 000005<br>070<br>UC | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $795.06 | $0.00 | $795.06 |
| 000006<br>070<br>UC | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,355.66 | $0.00 | $1,355.66 |
| 000007<br>070<br>UC | Capital One Bank (USA), N.A. by American InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $5,042.02 | $0.00 | $5,042.02 |
| 000008<br>070<br>UC | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Unsecured | | $3,982.98 | $0.00 | $3,982.98 |
| 000009<br>070<br>UC | 1st Financial Bank<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $1,062.52 | $0.00 | $1,062.52 |
| 000010<br>070<br>UC | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $952.19 | $0.00 | $952.19 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: June 11, 2014

Case Number: 11-43927
Debtor Name: STEVENS, MICHAEL P

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000011 070 UC | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $4,202.51 | $0.00 | $4,202.51 |
| 000012 070 UC | ASSET ACCEPTANCE LLC<br>ASSIGNEE CAPITAL ONE<br>PO BOX 2036<br>WARREN MI 48090 | Unsecured | | $2,089.92 | $0.00 | $2,089.92 |
| 000013 070 UC | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Unsecured | | $2,816.89 | $0.00 | $2,816.89 |
| 000014 070 UC | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Unsecured | | $367.42 | $0.00 | $367.42 |
| 000015 070 UC | Portfolio Recovery Associates, LLC<br>c/o Wal-mart<br>PO Box 41067<br>Norfolk VA 23541 | Unsecured | | $1,586.03 | $0.00 | $1,586.03 |
| 000016 070 UC | Portfolio Recovery Associates, LLC<br>c/o Jc Penney<br>PO Box 41067<br>Norfolk VA 23541 | Unsecured | | $554.72 | $0.00 | $554.72 |
| 000017 070 UC | Portfolio Recovery Associates, LLC<br>c/o Best Buy Or S&h Greenpoints<br>PO Box 41067<br>Norfolk VA 23541 | Unsecured | | $1,164.00 | $0.00 | $1,164.00 |
| | Case Totals: | | | $33,893.89 | $0.00 | $33,893.89 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-43927
Case Name: STEVENS, MICHAEL P
  STEVENS, BONNIE H
Trustee Name: Robert B. Katz, Trustee

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: David R. Brown, Esq. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Capital Recovery IV LLC | $ | $ | $ |
| 000003 | Quantum3 Group LLC | $ | $ | $ |
| 000004 | Quantum3 Group LLC | $ | $ | $ |
| 000005 | Quantum3 Group LLC | $ | $ | $ |
| 000006 | Quantum3 Group LLC | $ | $ | $ |
| 000007 | Capital One Bank (USA), N.A. by American InfoSourc | $ | $ | $ |
| 000008 | Midland Credit Management, Inc. | $ | $ | $ |
| 000009 | 1st Financial Bank | $ | $ | $ |
| 000010 | Capital One,N.A | $ | $ | $ |
| 000011 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000012 | ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL ONE | $ | $ | $ |
| 000013 | Great Lakes Educational Loan Services | $ | $ | $ |
| 000014 | VERIZON WIRELESS | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000016 | Portfolio Recovery Associates, LLC | $ | $ | $ |
| 000017 | Portfolio Recovery Associates, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE