UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re: §
 §
STEVENS, MICHAEL P § Case No. 11-43927
STEVENS, BONNIE H §
 §
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
DIrksen Federal Building
219 S. Dearborn St.
Room 713
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/27/2014 in Courtroom 744,
United States Courthouse
219 S. Dearborn St.
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: _____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
STEVENS, MICHAEL P                  §    Case No. 11-43927
STEVENS, BONNIE H                   §
                                    §
            Debtor(s)               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 150,000.00 |
| and approved disbursements of | $ | 122,009.76 |
| leaving a balance on hand of[1] | $ | 27,990.24 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Robert B. Katz, Trustee | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Attorney for Trustee Fees: David R. Brown, Esq. | $ 2,536.50 | $ 0.00 | $ 2,536.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 12,536.50 |
| Remaining Balance | $ 15,453.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 31,357.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 49.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 2,225.96 | $ 0.00 | $ 1,097.01 |
| 000002 | Capital Recovery IV LLC | $ 1,560.31 | $ 0.00 | $ 768.96 |
| 000003 | Quantum3 Group LLC | $ 811.79 | $ 0.00 | $ 400.07 |
| 000004 | Quantum3 Group LLC | $ 787.41 | $ 0.00 | $ 388.06 |
| 000005 | Quantum3 Group LLC | $ 795.06 | $ 0.00 | $ 391.83 |
| 000006 | Quantum3 Group LLC | $ 1,355.66 | $ 0.00 | $ 668.10 |
| 000007 | Capital One Bank (USA), N.A. by American InfoSourc | $ 5,042.02 | $ 0.00 | $ 2,484.84 |
| 000008 | Midland Credit Management, Inc. | $ 3,982.98 | $ 0.00 | $ 1,962.92 |
| 000009 | 1st Financial Bank | $ 1,062.52 | $ 0.00 | $ 523.64 |
| 000010 | Capital One,N.A | $ 952.19 | $ 0.00 | $ 469.26 |
| 000011 | FIA CARD SERVICES, N.A. | $ 4,202.51 | $ 0.00 | $ 2,071.11 |
| 000012 | ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL ONE | $ 2,089.92 | $ 0.00 | $ 1,029.97 |
| 000013 | Great Lakes Educational Loan Services | $ 2,816.89 | $ 0.00 | $ 1,388.23 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014 | VERIZON WIRELESS | $ 367.42 | $ 0.00 | $ 181.07 |
| 000015 | Portfolio Recovery Associates, LLC | $ 1,586.03 | $ 0.00 | $ 781.64 |
| 000016 | Portfolio Recovery Associates, LLC | $ 554.72 | $ 0.00 | $ 273.38 |
| 000017 | Portfolio Recovery Associates, LLC | $ 1,164.00 | $ 0.00 | $ 573.65 |

Total to be paid to timely general unsecured creditors    $    15,453.74

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-43927-ERW
Michael P Stevens                                                     Chapter 7
Bonnie H Stevens
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 2          Date Rcvd: Jul 29, 2014
                              Form ID: pdf006         Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2014.
```
db          #+Michael P Stevens,    9224 S Springfield Ave,    Evergreen Park, IL 60805-1460
jdb          +Bonnie H Stevens,    9224 S. Springfield Ave,    Evergreen Park, IL 60805-1460
18355799     +1st Financial Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
              Dallas, TX 75374-0933
18398148    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102)
17987553    #+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
17987554    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,    Bankruptcy Dept,   Po Box 5155,
              Norcross, GA 30091)
17987562    ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,   COLUMBUS OH 43220-3662
             (address filed with court: Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220)
17987555    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,
              Kansas City, MO 64195)
18337410     Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,   Charlotte, NC  28272-1083
18358707     +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
17987557     +Crd Prt Asso,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
17987558     +Creditors Discount & Audit,    415 E Main St,    Streator, IL 61364-2927
17987560      Dish Network,    c/o CBE,    Dept 0063,    Palatine, IL 60055-0063
18459112      Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
              Madison, WI 53708-8973
17987568    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc Bank,    Po Box 52530,    Carol Stream, IL 60196)
17987565     +Harris,    222 Merchandise Mart Plz,    Chicago, IL 60654-1474
17987566     +Harris & Harris Ltd,    222 Merchandise Mart Plz,    Chicago, IL 60654-1474
17987569     +Hsbc/carsn,    Po Box 15521,    Wilmington, DE 19850-5521
17987571     +Illinois Collection Se,    Po Box 1010,    Tinley Park, IL 60477-9110
17987572     +Illinois Collection Services,    8231 185th St,    Tinley Park, IL 60487-9356
17987574     +Macys/fdsb,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
17987575     +Merchants Cr,    223 W Jackson St,    Chicago, IL 60606-6908
17987576     +Oak Lawn Municipal Cu,    9446 S Raymond,    Oak Lawn, IL 60453-2449
18621308    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Best Buy Or S&h Greenpoints,
              PO Box 41067,    Norfolk VA 23541)
17987577     +Pinnacle Credit Serivc,    Po Box 640,    Hopkins, MN 55343-0640
17987578     +Slc Conduit I Llc,    99 Garnsey Rd,    Pittsford, NY 14534-4565
17987579     +Us Dept Of Ed/glelsi,    2401 International,    Madison, WI 53704-3121
17987580     +Usdoe/glelsi,    2401 International,    Madison, WI 53704-3121
17987581     +Verizon.,    1515 Woodfield Rd,    Suite 1400,    Schaumburg, IL 60173-5443
17987582     +Victoria's Secret,    Po Box 182124,    Columbus, OH 43218-2124
17987583     +Wfnnb/express,    Po Box 182124,    Columbus, OH 43218-2124
17987584     +Zenith Acquisition,    220 John Glenn Dr # 1,    Amherst, NY 14228-2246
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17987551     +E-mail/Text: bankruptcynotice@1fbusa.com Jul 30 2014 00:59:32     1st Financial Bk Usa,
              363 W Anchor Dr,    North Sioux Ci, SD 57049-5154
18420476     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 30 2014 00:59:36
              ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL ONE,    PO BOX 2036,    WARREN MI 48090-2036
17987552     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Jul 30 2014 00:59:36     Asset Acceptance,
              Po Box 2036,    Warren, MI 48090-2036
17987567      E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2014 01:11:05      Home Depot,    PO Box 103072,
              Roswell, GA 30076
18306568      E-mail/PDF: rmscedi@recoverycorp.com Jul 30 2014 01:11:10      Capital Recovery IV LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
18280948      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2014 01:11:55     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17987559     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 30 2014 01:11:55     Discover Fin,    Po Box 6103,
              Carol Stream, IL 60197-6103
17987561     +E-mail/Text: bknotice@erccollections.com Jul 30 2014 00:59:55     Enhanced Recovery Co L,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
17987563     +E-mail/Text: bankruptcynotice@1fbusa.com Jul 30 2014 00:59:32     First Financial Bank,
              363 W Anchor Drive,    Dakota Dunes, SD 57049-5154
17987564     +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2014 01:11:05      Gemb/walmart,    Po Box 981400,
              El Paso, TX 79998-1400
17987570     +E-mail/Text: bankruptcy@icsystem.com Jul 30 2014 01:01:13     I C Systems,    Po Box 64378,
              Saint Paul, MN 55164-0378
17987573     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 30 2014 00:58:48     Kohls,    Attn: Recovery Dept,
              Po Box 3120,    Milwaukee, WI 53201-3120
18337828     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 30 2014 00:59:42     Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
18312994      E-mail/Text: bnc-quantum@quantum3group.com Jul 30 2014 00:59:26     Quantum3 Group LLC,
              PO Box 788,    Kirkland, WA  98083-0788
```

```
District/off: 0752-1          User: acox                Page 2 of 2                  Date Rcvd: Jul 29, 2014
                              Form ID: pdf006           Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                   TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17987556*    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank Usa,   Citicard Credit Srvs/Centralized Bankrup,
                Po Box 20507,   Kansas City, MO 64195)
18621307*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   c/o Jc Penney,   PO Box 41067,
                Norfolk VA 23541)
18617640*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   c/o Wal-mart,   PO Box 41067,
                Norfolk VA 23541)
18562411     ##VERIZON WIRELESS,   PO BOX 3397,   BLOOMINGTON, IL 61702-3397
                                                                                         TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2014                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2014 at the address(es) listed below:

```
              Daniel J Winter    on behalf of Joint Debtor Bonnie H Stevens djw@dwinterlaw.com,
               djwlaw@gmail.com,r.m.engelmann@gmail.com,lgdanwinter@gmail.com,kasiadanwinter@gmail.com
              Daniel J Winter    on behalf of Debtor Michael P Stevens djw@dwinterlaw.com,   djwlaw@gmail.com,
               r.m.engelmann@gmail.com,lgdanwinter@gmail.com,kasiadanwinter@gmail.com
              David  Brown, ESQ    on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com,
               jkrafcisin@springerbrown.com
              David R Brown, ESQ    on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert B Katz, ESQ    on behalf of Attorney David R Brown rkatztrustee@gmail.com,
               rkatz@ecf.epiqsystems.com
              Robert B Katz, ESQ    rkatztrustee@gmail.com,   rkatz@ecf.epiqsystems.com
                                                                                             TOTAL: 7
```