# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
STEVENS, MICHAEL P                  §        Case No. 11-43927
STEVENS, BONNIE H                   §
                                    §
        Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                        Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:        Claims Discharged
                                         Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $               (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on   . The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/Robert B. Katz, Trustee _____
                                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael P. Stevens | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LAKEWOOD CARPENTRY AND PMA COMPANIE | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| ASSOCIATED BANK | | | | | |
| DAVID R. BORWN, ESQ. | | | | | |
| KEVIN O'REILLY | | | | | |
| KEVIN O'REILLY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Financial Bk Usa 363 W Anchor Dr North Sioux Ci, SD 57049 | | | | | |
| | Asset Acceptance Po Box 2036 Warren, MI 48090 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Capital One, N.a. Bankruptcy Dept Po Box 5155 Norcross, GA 30091 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Citibank Usa Citicard Credit Srvs/Centralized Bankrup Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Crd Prt Asso Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Discount & Audit 415 E Main St Streator, IL 61364 | | | | | |
| | Discover Fin Po Box 6103 Carol Stream, IL 60197 | | | | | |
| | Dish Network c/o CBE Dept 0063 Palatine, IL 60055-0063 | | | | | |
| | Enhanced Recovery Co L 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | Ffcc-columbus Inc 1550 Old Henderson Rd St Columbus, OH 43220 | | | | | |
| | First Financial Bank 363 W Anchor Drive Dakota Dunes, SD 57049 | | | | | |
| | Gemb/walmart Po Box 981400 El Paso, TX 79998 | | | | | |
| | Harris & Harris Ltd 222 Merchandise Mart Plz Chicago, IL 60654 | | | | | |
| | Harris 222 Merchandise Mart Plz Chicago, IL 60654 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot PO Box 103072 Roswell, GA 30076 | | | | | |
| | Hsbc Bank Po Box 52530 Carol Stream, IL 60196 | | | | | |
| | Hsbc/carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | I C Systems Po Box 64378 Saint Paul, MN 55164 | | | | | |
| | Illinois Collection Se Po Box 1010 Tinley Park, IL 60487 | | | | | |
| | Illinois Collection Services 8231 185th St Tinley Park, IL 60487 | | | | | |
| | Kohls Attn: Recovery Dept Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Macys/fdsb Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Merchants Cr 223 W Jackson St Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Oak Lawn Municipal Cu 9446 S Raymond Oak Lawn, IL 60453 | | | | | |
| | Pinnacle Credit Serivc Po Box 640 Hopkins, MN 55343 | | | | | |
| | Slc Conduit I Llc 99 Garnsey Rd Pittsford, NY 14534 | | | | | |
| | Us Dept Of Ed/glelsi 2401 International Madison, WI 53704 | | | | | |
| | Usdoe/glelsi 2401 International Madison, WI 53704 | | | | | |
| | Verizon. 1515 Woodfield Rd Suite 1400 Schaumburg, IL 60173 | | | | | |
| | Victoria's Secret Po Box 182124 Columbus, OH 43218 | | | | | |
| | Wfnnb/express Po Box 182124 Columbus, OH 43218 | | | | | |
| | Zenith Acquisition 220 John Glenn Dr # 1 Amherst, NY 14228 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | 1ST FINANCIAL BANK | | | | | |
| 000012 | ASSET ACCEPTANCE LLC ASSIGNEE CAPIT | | | | | |
| 000007 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 000010 | CAPITAL ONE,N.A | | | | | |
| 000002 | CAPITAL RECOVERY IV LLC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000011 | FIA CARD SERVICES, N.A. | | | | | |
| 000013 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| 000008 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000015 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000016 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000017 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | QUANTUM3 GROUP LLC | | | | | |
| 000004 | QUANTUM3 GROUP LLC | | | | | |
| 000005 | QUANTUM3 GROUP LLC | | | | | |
| 000006 | QUANTUM3 GROUP LLC | | | | | |
| 000014 | VERIZON WIRELESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   1

Exhibit 8

| Case No: | 11-43927 | ERW | Judge: EUGENE R. WEDOFF |
|---|---|---|---|

Case Name:   STEVENS, MICHAEL P
STEVENS, BONNIE H

For Period Ending:  10/21/14

Trustee Name:   Robert B. Katz, Trustee
Date Filed (f) or Converted (c):   10/28/11 (f)
341(a) Meeting Date:   12/01/11
Claims Bar Date:   03/19/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | First Midwest checking & savings | 50.00 | 0.00 | | 0.00 | FA |
| 2. | Household goods | 750.00 | 0.00 | | 0.00 | FA |
| 3. | clothes | 100.00 | 0.00 | | 0.00 | FA |
| 4. | wife's work pistol | 400.00 | 0.00 | | 0.00 | FA |
| 5. | Term Life insurance-no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 6. | Stock in Disney Corp- 2 shares | 500.00 | 0.00 | | 0.00 | FA |
| 7. | Child support arrears | Unknown | 0.00 | | 0.00 | FA |
| 8. | Workers Compensation Claim and benefits-Husband (a | Unknown | 0.00 | | 0.00 | FA |
| 9. | Workers compensation claim - Wife (attorney Andrew | Unknown | 0.00 | | 0.00 | FA |
| 10. | Husband-3rd party injury claim v. Jewel food store | Unknown | 150,000.00 | | 150,000.00 | FA |
| 11. | 1998 Buick LeSabre (60,000 miles, fair condition) | 2,725.00 | 0.00 | | 0.00 | FA |
| 12. | 2003 Kia Sorento (90,000 miles, fair condition) | 3,375.00 | 0.00 | | 0.00 | FA |
| 13. | pet | 50.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $7,950.00         $150,000.00                    $150,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Personal injury litigaion was settled fot $150,000. Trustee received settlement funds on 2/28/14 and disbursed per court

order to special counsel, debtor's exemption and the secured creditor.

Initial Projected Date of Final Report (TFR): 12/31/13         Current Projected Date of Final Report (TFR): 12/31/14

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-43927 -ERW |
| Case Name: | STEVENS, MICHAEL P |
| | STEVENS, BONNIE H |
| Taxpayer ID No: | *******8589 |
| For Period Ending: | 10/21/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7050 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 02/28/14 | 10 | Westfield Insurance | Deposit | 1142-000 | 37,500.00 | | 37,500.00 |
| | 02/28/14 | 10 | State Auto Insurance Companies | Deposit | 1142-000 | 75,000.00 | | 112,500.00 |
| | 02/28/14 | 10 | State Auto Insurance Companies | deposit | 1142-000 | 37,500.00 | | 150,000.00 |
| | 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 149,990.00 |
| | 03/14/14 | 010001 | Kevin O'Reilly | SPECIAL COUNSEL FEES | 3991-000 | | 50,000.00 | 99,990.00 |
| | | | 70 West Madison Street | | | | | |
| | | | Suite 2100 | | | | | |
| | | | Chicago, IL 60602 | | | | | |
| | 03/14/14 | 010002 | Kevin O'Reilly | special counsel expenses | 3992-000 | | 6,786.71 | 93,203.29 |
| | 03/14/14 | 010003 | Michael P. Stevens | EXEMPTION TO DEBTOR | 8100-002 | | 15,000.00 | 78,203.29 |
| | | | 9224 S Springfield Ave | | | | | |
| | | | Evergreen Park, IL 60805 | | | | | |
| * | 03/17/14 | 010004 | Lakewood Carpentry | WORKER'S COMP LIEN | 4220-003 | | 50,000.00 | 28,203.29 |
| | | | 2111 Warwick Ln | | | | | |
| | | | Glenview, IL 60026 | | | | | |
| * | 03/21/14 | 010004 | Lakewood Carpentry | WORKER'S COMP LIEN | 4220-003 | | -50,000.00 | 78,203.29 |
| | | | 2111 Warwick Ln | VOID - REPLACED | | | | |
| | | | Glenview, IL 60026 | | | | | |
| | 03/21/14 | 010005 | Lakewood Carpentry and PMA Companies | WORKER'S COMP LIEN | 4220-000 | | 50,000.00 | 28,203.29 |
| | | | 1540 Hannah Ave. | | | | | |
| | | | Forest Park, IL 60130 | | | | | |
| | 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 172.68 | 28,030.61 |
| | 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.37 | 27,990.24 |
| * | 08/29/14 | 010006 | ROBERT B. KATZ | Chapter 7 Compensation/Fees | 2100-003 | | 10,000.00 | 17,990.24 |
| | | | 53 W. Jackson | | | | | |
| | | | Suite 1320 | | | | | |
| | | | Chicago, IL 60604 | | | | | |
| * | 08/29/14 | 010006 | ROBERT B. KATZ | Chapter 7 Compensation/Fees | 2100-003 | | -10,000.00 | 27,990.24 |

| | | |
|---|---|---|
| Page Subtotals | 150,000.00 | 122,009.76 |

Ver: 18.02

FORM 2                                                                                            Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-43927  -ERW |
| Case Name: | STEVENS, MICHAEL P |
| | STEVENS, BONNIE H |
| Taxpayer ID No: | *******8589 |
| For Period Ending: | 10/21/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7050  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/29/14 | 010007 | 53 W. Jackson<br>Suite 1320<br>Chicago, IL  60604<br>David R. Brown, Esq.<br>Springer Brown, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road, Suite 330<br>Wheaton, IL 60187 | TRUSTEE ATTORNEY FEES | 3210-003 | | 2,536.50 | 25,453.74 |
| * 08/29/14 | 010007 | David R. Brown, Esq.<br>Springer Brown, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road, Suite 330<br>Wheaton, IL 60187 | TRUSTEE ATTORNEY FEES | 3210-003 | | -2,536.50 | 27,990.24 |
| * 08/29/14 | 010008 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 49.28256% | 7100-003 | | 1,097.01 | 26,893.23 |
| * 08/29/14 | 010008 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 49.28256% | 7100-003 | | -1,097.01 | 27,990.24 |
| * 08/29/14 | 010009 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 49.28251% | 7100-003 | | 768.96 | 27,221.28 |
| * 08/29/14 | 010009 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 49.28251% | 7100-003 | | -768.96 | 27,990.24 |
| * 08/29/14 | 010010 | Quantum3 Group LLC | Claim 000003, Payment 49.28245% | 7100-003 | | 400.07 | 27,590.17 |

|  | Page Subtotals | 0.00 | 400.07 |
|---|---|---|---|

Ver: 18.02

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-43927  -ERW | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | STEVENS, MICHAEL P | | Bank Name: | ASSOCIATED BANK |
| | STEVENS, BONNIE H | | Account Number / CD #: | *******7050  Checking Account |
| Taxpayer ID No: | *******8589 | | | |
| For Period Ending: | 10/21/14 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 788 Kirkland, WA 98083-0788 | | | | | |
| * 08/29/14 | 010010 | Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000003, Payment 49.28245% | 7100-003 | | -400.07 | 27,990.24 |
| * 08/29/14 | 010011 | Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000004, Payment 49.28309% | 7100-003 | | 388.06 | 27,602.18 |
| * 08/29/14 | 010011 | Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000004, Payment 49.28309% | 7100-003 | | -388.06 | 27,990.24 |
| * 08/29/14 | 010012 | Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000005, Payment 49.28307% | 7100-003 | | 391.83 | 27,598.41 |
| * 08/29/14 | 010012 | Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000005, Payment 49.28307% | 7100-003 | | -391.83 | 27,990.24 |
| * 08/29/14 | 010013 | Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000006, Payment 49.28227% | 7100-003 | | 668.10 | 27,322.14 |
| * 08/29/14 | 010013 | Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000006, Payment 49.28227% | 7100-003 | | -668.10 | 27,990.24 |
| * 08/29/14 | 010014 | Capital One Bank (USA), N.A. by American InfoSourc PO Box 71083 Charlotte, NC 28272-1083 | Claim 000007, Payment 49.28263% | 7100-003 | | 2,484.84 | 25,505.40 |
| * 08/29/14 | 010014 | Capital One Bank (USA), N.A. by American InfoSourc PO Box 71083 | Claim 000007, Payment 49.28263% | 7100-003 | | -2,484.84 | 27,990.24 |

| | | | Page Subtotals | | 0.00 | -400.07 | |

Ver: 18.02

LFORM24

FORM 2                                                                                      Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 11-43927 -ERW | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | STEVENS, MICHAEL P | Bank Name: | ASSOCIATED BANK |
| | STEVENS, BONNIE H | Account Number / CD #: | *******7050 Checking Account |
| Taxpayer ID No: | *******8589 | | |
| For Period Ending: | 10/21/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Charlotte, NC 28272-1083 | | | | | |
| * 08/29/14 | 010015 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000008, Payment 49.28270% | 7100-003 | | 1,962.92 | 26,027.32 |
| * 08/29/14 | 010015 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000008, Payment 49.28270% | 7100-003 | | -1,962.92 | 27,990.24 |
| * 08/29/14 | 010016 | 1st Financial Bank c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Claim 000009, Payment 49.28284% | 7100-003 | | 523.64 | 27,466.60 |
| * 08/29/14 | 010016 | 1st Financial Bank c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Claim 000009, Payment 49.28284% | 7100-003 | | -523.64 | 27,990.24 |
| * 08/29/14 | 010017 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000010, Payment 49.28218% | 7100-003 | | 469.26 | 27,520.98 |
| * 08/29/14 | 010017 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000010, Payment 49.28218% | 7100-003 | | -469.26 | 27,990.24 |
| * 08/29/14 | 010018 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000011, Payment 49.28269% | 7100-003 | | 2,071.11 | 25,919.13 |
| * 08/29/14 | 010018 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000011, Payment 49.28269% | 7100-003 | | -2,071.11 | 27,990.24 |
| * 08/29/14 | 010019 | ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL | Claim 000012, Payment 49.28275% | 7100-003 | | 1,029.97 | 26,960.27 |

Page Subtotals                                        0.00            1,029.97

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-43927 -ERW |
| Case Name: | STEVENS, MICHAEL P |
| | STEVENS, BONNIE H |
| Taxpayer ID No: | *******8589 |
| For Period Ending: | 10/21/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7050  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ONE<br>PO BOX 2036<br>WARREN MI 48090 | | | | | |
| * 08/29/14 | 010019 | ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL ONE<br>PO BOX 2036<br>WARREN MI 48090 | Claim 000012, Payment 49.28275% | 7100-003 | | -1,029.97 | 27,990.24 |
| * 08/29/14 | 010020 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Claim 000013, Payment 49.28236% | 7100-003 | | 1,388.23 | 26,602.01 |
| * 08/29/14 | 010020 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Claim 000013, Payment 49.28236% | 7100-003 | | -1,388.23 | 27,990.24 |
| * 08/29/14 | 010021 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Claim 000014, Payment 49.28148% | 7100-003 | | 181.07 | 27,809.17 |
| * 08/29/14 | 010021 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Claim 000014, Payment 49.28148% | 7100-003 | | -181.07 | 27,990.24 |
| * 08/29/14 | 010022 | Portfolio Recovery Associates, LLC<br>c/o Wal-mart<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000015, Payment 49.28280% | 7100-003 | | 781.64 | 27,208.60 |
| * 08/29/14 | 010022 | Portfolio Recovery Associates, LLC<br>c/o Wal-mart<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000015, Payment 49.28280% | 7100-003 | | -781.64 | 27,990.24 |
| * 08/29/14 | 010023 | Portfolio Recovery Associates, LLC | Claim 000016, Payment 49.28252% | 7100-003 | | 273.38 | 27,716.86 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | -756.59 |

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-43927  -ERW | |
| Case Name: | STEVENS, MICHAEL P | |
| | STEVENS, BONNIE H | |
| Taxpayer ID No: | *******8589 | |
| For Period Ending: | 10/21/14 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7050  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/29/14 | 010023 | c/o Jc Penney<br>PO Box 41067<br>Norfolk VA 23541<br>Portfolio Recovery Associates, LLC | Claim 000016, Payment 49.28252% | 7100-003 | | -273.38 | 27,990.24 |
| * 08/29/14 | 010024 | c/o Jc Penney<br>PO Box 41067<br>Norfolk VA 23541<br>Portfolio Recovery Associates, LLC | Claim 000017, Payment 49.28265% | 7100-003 | | 573.65 | 27,416.59 |
| * 08/29/14 | 010024 | c/o Best Buy Or S&h Greenpoints<br>PO Box 41067<br>Norfolk VA 23541<br>Portfolio Recovery Associates, LLC | Claim 000017, Payment 49.28265% | 7100-003 | | -573.65 | 27,990.24 |
| * 08/29/14 | 010025 | c/o Best Buy Or S&h Greenpoints<br>PO Box 41067<br>Norfolk VA 23541<br>ROBERT B. KATZ | Chapter 7 Compensation/Fees | 2100-003 | | 10,000.00 | 17,990.24 |
| * 08/29/14 | 010025 | 53 W. Jackson<br>Suite 1320<br>Chicago, IL  60604<br>ROBERT B. KATZ | Chapter 7 Compensation/Fees | 2100-003 | | -10,000.00 | 27,990.24 |
| * 08/29/14 | 010026 | 53 W. Jackson<br>Suite 1320<br>Chicago, IL  60604<br>David R. Brown, Esq. | TRUSTEE ATTORNEY FEES | 3210-003 | | 2,198.18 | 25,792.06 |
| * 08/29/14 | 010026 | Springer Brown, LLC<br>Wheaton Executive Center<br>400 S. County Farm Road, Suite 330<br>Wheaton, IL 60187<br>David R. Brown, Esq.<br>Springer Brown, LLC | TRUSTEE ATTORNEY FEES | 3210-003 | | -2,198.18 | 27,990.24 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | -273.38 |

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 7

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-43927 -ERW | Trustee Name: | Robert B. Katz, Trustee |
| Case Name: | STEVENS, MICHAEL P | Bank Name: | ASSOCIATED BANK |
| | STEVENS, BONNIE H | Account Number / CD #: | *******7050  Checking Account |
| Taxpayer ID No: | *******8589 | | |
| For Period Ending: | 10/21/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/29/14 | 010027 | Wheaton Executive Center<br>400 S. County Farm Road, Suite 330<br>Wheaton, IL 60187<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 50.36164% | 7100-003 | | 1,121.03 | 26,869.21 |
| * 08/29/14 | 010027 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 50.36164% | 7100-003 | | -1,121.03 | 27,990.24 |
| * 08/29/14 | 010028 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 50.36179% | 7100-003 | | 785.80 | 27,204.44 |
| * 08/29/14 | 010028 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000002, Payment 50.36179% | 7100-003 | | -785.80 | 27,990.24 |
| * 08/29/14 | 010029 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 50.36155% | 7100-003 | | 408.83 | 27,581.41 |
| * 08/29/14 | 010029 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000003, Payment 50.36155% | 7100-003 | | -408.83 | 27,990.24 |
| * 08/29/14 | 010030 | Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000004, Payment 50.36131% | 7100-003 | | 396.55 | 27,593.69 |
| * 08/29/14 | 010030 | Quantum3 Group LLC<br>PO Box 788 | Claim 000004, Payment 50.36131% | 7100-003 | | -396.55 | 27,990.24 |

Page Subtotals          0.00          0.00

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-43927 -ERW |
| Case Name: | STEVENS, MICHAEL P |
| | STEVENS, BONNIE H |
| Taxpayer ID No: | *******8589 |
| For Period Ending: | 10/21/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7050  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/29/14 | 010031 | Kirkland, WA 98083-0788 Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000005, Payment 50.36098% | 7100-003 | | 400.40 | 27,589.84 |
| * 08/29/14 | 010031 | Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000005, Payment 50.36098% | 7100-003 | | -400.40 | 27,990.24 |
| * 08/29/14 | 010032 | Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000006, Payment 50.36145% | 7100-003 | | 682.73 | 27,307.51 |
| * 08/29/14 | 010032 | Quantum3 Group LLC PO Box 788 Kirkland, WA 98083-0788 | Claim 000006, Payment 50.36145% | 7100-003 | | -682.73 | 27,990.24 |
| * 08/29/14 | 010033 | Capital One Bank (USA), N.A. by American InfoSourc PO Box 71083 Charlotte, NC 28272-1083 | Claim 000007, Payment 50.36156% | 7100-003 | | 2,539.24 | 25,451.00 |
| * 08/29/14 | 010033 | Capital One Bank (USA), N.A. by American InfoSourc PO Box 71083 Charlotte, NC 28272-1083 | Claim 000007, Payment 50.36156% | 7100-003 | | -2,539.24 | 27,990.24 |
| * 08/29/14 | 010034 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000008, Payment 50.36154% | 7100-003 | | 2,005.89 | 25,984.35 |
| * 08/29/14 | 010034 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Claim 000008, Payment 50.36154% | 7100-003 | | -2,005.89 | 27,990.24 |
| * 08/29/14 | 010035 | 1st Financial Bank c/o Creditors Bankruptcy Service P.O. Box 740933 | Claim 000009, Payment 50.36140% | 7100-003 | | 535.10 | 27,455.14 |

| | | | Page Subtotals | | 0.00 | 535.10 | |

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2                                                                                      Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-43927  -ERW | |
| Case Name: | STEVENS, MICHAEL P | |
| | STEVENS, BONNIE H | |
| Taxpayer ID No: | *******8589 | |
| For Period Ending: | 10/21/14 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7050  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, TX 75374 | | | | | |
| *   08/29/14 | 010035 | 1st Financial Bank c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Claim 000009, Payment 50.36140% | 7100-003 | | -535.10 | 27,990.24 |
| *   08/29/14 | 010036 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000010, Payment 50.36180% | 7100-003 | | 479.54 | 27,510.70 |
| *   08/29/14 | 010036 | Capital One,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | Claim 000010, Payment 50.36180% | 7100-003 | | -479.54 | 27,990.24 |
| *   08/29/14 | 010037 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000011, Payment 50.36157% | 7100-003 | | 2,116.45 | 25,873.79 |
| *   08/29/14 | 010037 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000011, Payment 50.36157% | 7100-003 | | -2,116.45 | 27,990.24 |
| *   08/29/14 | 010038 | ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL ONE PO BOX 2036 WARREN MI 48090 | Claim 000012, Payment 50.36174% | 7100-003 | | 1,052.52 | 26,937.72 |
| *   08/29/14 | 010038 | ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL ONE PO BOX 2036 WARREN MI 48090 | Claim 000012, Payment 50.36174% | 7100-003 | | -1,052.52 | 27,990.24 |
| *   08/29/14 | 010039 | Great Lakes Educational Loan Services Claims Filing Unit PO Box 8973 | Claim 000013, Payment 50.36121% | 7100-003 | | 1,418.62 | 26,571.62 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 883.52 |

Ver: 18.02

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 10

Exhibit 9

| Case No: | 11-43927 -ERW | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | STEVENS, MICHAEL P | Bank Name: | ASSOCIATED BANK |
| | STEVENS, BONNIE H | Account Number / CD #: | *******7050 Checking Account |
| Taxpayer ID No: | *******8589 | | |
| For Period Ending: | 10/21/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/29/14 | 010039 | Madison, WI 53708-8973<br>Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Claim 000013, Payment 50.36121% | 7100-003 | | -1,418.62 | 27,990.24 |
| * 08/29/14 | 010040 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Claim 000014, Payment 50.36198% | 7100-003 | | 185.04 | 27,805.20 |
| * 08/29/14 | 010040 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Claim 000014, Payment 50.36198% | 7100-003 | | -185.04 | 27,990.24 |
| * 08/29/14 | 010041 | Portfolio Recovery Associates, LLC<br>c/o Wal-mart<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000015, Payment 50.36159% | 7100-003 | | 798.75 | 27,191.49 |
| * 08/29/14 | 010041 | Portfolio Recovery Associates, LLC<br>c/o Wal-mart<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000015, Payment 50.36159% | 7100-003 | | -798.75 | 27,990.24 |
| * 08/29/14 | 010042 | Portfolio Recovery Associates, LLC<br>c/o Jc Penney<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000016, Payment 50.36234% | 7100-003 | | 279.37 | 27,710.87 |
| * 08/29/14 | 010042 | Portfolio Recovery Associates, LLC<br>c/o Jc Penney<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000016, Payment 50.36234% | 7100-003 | | -279.37 | 27,990.24 |
| * 08/29/14 | 010043 | Portfolio Recovery Associates, LLC<br>c/o Best Buy Or S&h Greenpoints<br>PO Box 41067 | Claim 000017, Payment 50.36082% | 7100-003 | | 586.20 | 27,404.04 |

| | | | Page Subtotals | | 0.00 | -832.42 | |

Ver: 18.02

FORM 2                                                                                     Page:   11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                              Exhibit 9

| | |
|---|---|
| Case No: | 11-43927 -ERW |
| Case Name: | STEVENS, MICHAEL P |
| | STEVENS, BONNIE H |
| Taxpayer ID No: | *******8589 |
| For Period Ending: | 10/21/14 |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7050  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Norfolk VA 23541 | | | | | |
| * 08/29/14 | 010043 | Portfolio Recovery Associates, LLC | Claim 000017, Payment 50.36082% | 7100-003 | | -586.20 | 27,990.24 |
| | | c/o Best Buy Or S&h Greenpoints | | | | | |
| | | PO Box 41067 | | | | | |
| | | Norfolk VA 23541 | | | | | |
| 08/29/14 | 010044 | ROBERT B. KATZ | Chapter 7 Compensation/Fees | 2100-000 | | 10,000.00 | 17,990.24 |
| | | 53 W. Jackson | | | | | |
| | | Suite 1320 | | | | | |
| | | Chicago, IL  60604 | | | | | |
| 08/29/14 | 010045 | David R. Brown, Esq. | TRUSTEE ATTORNEY FEES | 3210-000 | | 2,198.18 | 15,792.06 |
| | | Springer Brown, LLC | | | | | |
| | | Wheaton Executive Center | | | | | |
| | | 400 S. County Farm Road, Suite 330 | | | | | |
| | | Wheaton, IL 60187 | | | | | |
| 08/29/14 | 010046 | Discover Bank | Claim 000001, Payment 50.36164% | 7100-000 | | 1,121.03 | 14,671.03 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 08/29/14 | 010047 | Capital Recovery IV LLC | Claim 000002, Payment 50.36179% | 7100-000 | | 785.80 | 13,885.23 |
| | | c/o Recovery Management Systems Corp | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| 08/29/14 | 010048 | Quantum3 Group LLC | Claim 000003, Payment 50.36155% | 7100-000 | | 408.83 | 13,476.40 |
| | | PO Box 788 | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | |
| 08/29/14 | 010049 | Quantum3 Group LLC | Claim 000004, Payment 50.36131% | 7100-000 | | 396.55 | 13,079.85 |
| | | PO Box 788 | | | | | |
| | | Kirkland, WA 98083-0788 | | | | | |
| 08/29/14 | 010050 | Quantum3 Group LLC | Claim 000005, Payment 50.36098% | 7100-000 | | 400.40 | 12,679.45 |
| | | PO Box 788 | | | | | |

| | Page Subtotals | 0.00 | 14,724.59 |
|---|---|---|---|

Ver: 18.02

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 12

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-43927 -ERW | |
| Case Name: | STEVENS, MICHAEL P | |
| | STEVENS, BONNIE H | |
| Taxpayer ID No: | *******8589 | |
| For Period Ending: | 10/21/14 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7050  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/14 | 010051 | Kirkland, WA 98083-0788<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000006, Payment 50.36145% | 7100-000 | | 682.73 | 11,996.72 |
| 08/29/14 | 010052 | Capital One Bank (USA), N.A. by American<br>InfoSourc<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000007, Payment 50.36156% | 7100-000 | | 2,539.24 | 9,457.48 |
| 08/29/14 | 010053 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000008, Payment 50.36154% | 7100-000 | | 2,005.89 | 7,451.59 |
| 08/29/14 | 010054 | 1st Financial Bank<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000009, Payment 50.36140% | 7100-000 | | 535.10 | 6,916.49 |
| 08/29/14 | 010055 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000010, Payment 50.36180% | 7100-000 | | 479.54 | 6,436.95 |
| 08/29/14 | 010056 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000011, Payment 50.36157% | 7100-000 | | 2,116.45 | 4,320.50 |
| 08/29/14 | 010057 | ASSET ACCEPTANCE LLC ASSIGNEE CAPITAL<br>ONE<br>PO BOX 2036<br>WARREN MI 48090 | Claim 000012, Payment 50.36174% | 7100-000 | | 1,052.52 | 3,267.98 |
| 08/29/14 | 010058 | Great Lakes Educational Loan Services<br>Claims Filing Unit<br>PO Box 8973<br>Madison, WI 53708-8973 | Claim 000013, Payment 50.36121% | 7100-000 | | 1,418.62 | 1,849.36 |

| | | | | | Page Subtotals | 0.00 | 10,830.09 |
|---|---|---|---|---|---|---|---|

Ver: 18.02

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   13

Exhibit 9

| Case No: | 11-43927  -ERW |
|----------|----------------|
| Case Name: | STEVENS, MICHAEL P |
| | STEVENS, BONNIE H |
| Taxpayer ID No: | *******8589 |
| For Period Ending: | 10/21/14 |

| Trustee Name: | Robert B. Katz, Trustee |
|---------------|-------------------------|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7050  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/14 | 010059 | VERIZON WIRELESS<br>PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | Claim 000014, Payment 50.36198% | 7100-000 | | 185.04 | 1,664.32 |
| 08/29/14 | 010060 | Portfolio Recovery Associates, LLC<br>c/o Wal-mart<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000015, Payment 50.36159% | 7100-000 | | 798.75 | 865.57 |
| 08/29/14 | 010061 | Portfolio Recovery Associates, LLC<br>c/o Jc Penney<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000016, Payment 50.36234% | 7100-000 | | 279.37 | 586.20 |
| 08/29/14 | 010062 | Portfolio Recovery Associates, LLC<br>c/o Best Buy Or S&h Greenpoints<br>PO Box 41067<br>Norfolk VA 23541 | Claim 000017, Payment 50.36082% | 7100-000 | | 586.20 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 150,000.00 | 150,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 150,000.00 | 150,000.00 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 150,000.00 | 135,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******7050 | 150,000.00 | 135,000.00 | 0.00 |
| | -------------------- | -------------------- | -------------------- |
| | 150,000.00 | 135,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          1,849.36

Ver: 18.02

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

FORM 2                                                                                                                                 Page:   14

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-43927  -ERW | |
| Case Name: | STEVENS, MICHAEL P | |
| | STEVENS, BONNIE H | |
| Taxpayer ID No: | *******8589 | |
| For Period Ending: | 10/21/14 | |

| | |
|---|---|
| Trustee Name: | Robert B. Katz, Trustee |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7050  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - *******7050

Trustee's Signature:        /s/     Robert B. Katz, Trustee
_____  Date: 10/21/14
ROBERT B. KATZ, TRUSTEE

Page Subtotals          0.00          0.00

Ver: 18.02